I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Pet+tioner (~~OR PARTIES~~) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 10.4.12

DEPUTY CLERK

JS-6 / ENTERED

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

OCT - 3 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN LIONEL LEWIS,<br><br>  Petitioner,<br><br>  vs.<br><br>LEE BACA,<br><br>  Respondent. | Case No. CV 12-7756-GW (JPR)<br><br>**J U D G M E N T** |

Pursuant to the Order Dismissing Petition,

IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: October 2, 2012

_/s/ George H. Wu_
GEORGE H. WU
U.S. DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

OCT - 3 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

1